UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 06 B 07309
    KENNETH E JUNGLES
    CHERYL A JUNGLES                    CHAPTER 13

                                        JUDGE: MANUEL BARBOSA

         Debtor
    SSN XXX-XX-2742      SSN XXX-XX-3474
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/21/06 and confirmed on 08/14/06.

2. The case was dismissed after confirmation, 10/09/2008.

3. The Debtor paid a total of $ 40655.60 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | 20605.20 | .00 | 20605.20 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 3217.69 | .00 | 3217.69 |
| SMALL BUSINESS ADMINISTR | SECURED | 3932.78 | .00 | 3932.78 |
| SMALL BUSINESS ADMINISTR | MORTGAGE ARRE | 2000.00 | .00 | 2000.00 |
| FORD MOTOR CREDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| A R CONCEPTS | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1205.40 | .00 | 129.96 |
| CAPITAL ONE BANK | UNSECURED | 2420.52 | .00 | 261.13 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | 1589.04 | .00 | 171.34 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 532.13 | .00 | 57.35 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 887.85 | .00 | 95.77 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL COLLECTION | UNSECURED | 525.00 | .00 | 56.66 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| R & B RECEIVABLES | UNSECURED | NOT FILED | .00 | .00 |
| ROCKFORD MERCANTILE AGEN | UNSECURED | 377.29 | .00 | 46.30 |
| ILLINOIS DEPT REVENUE | UNSECURED | 5666.33 | .00 | 898.98 |
| INTERNAL REVENUE SERVICE | UNSECURED | 11379.24 | .00 | 1544.76 |
| VALLEY EMERGENCY CARE | UNSECURED | 117.70 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3333.30 | .00 | 359.58 |
| ROUNDUP FUNDING LLC | UNSECURED | 7853.81 | .00 | 847.08 |

```
ROUNDUP FUNDING LLC       UNSECURED       2053.14            .00         221.44
INTERNAL REVENUE SERVICE  PRIORITY           2.77            .00           2.77
ILLINOIS DEPT REVENUE     PRIORITY        2800.14            .00        2693.69
     Summary of disbursements:
-------------------------------------------------------------------------------
                   SECURED    PRIORITY   UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 29755.67    2802.91    37940.75         .00       70499.33
PRINCIPAL PAID     29755.67    2696.46     4690.35         .00       37142.48
INTEREST PAID           .00        .00         .00         .00            .00
TOTAL PAID         29755.67    2696.46     4690.35         .00       37142.48
```

The Debtor's attorney, GARY L SHILTS                , was allowed $   2600.00
and was paid $    1000.00   direct and $    1600.00   through the plan.

The Trustee received $    1913.12 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/16/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 06 B 07309 KENNETH E JUNGLES & CHERYL A JUNGLES